No. 1440, Misc. RANDALL *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1441, Misc. WHITE *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. *Aaron Kravitch* for petitioner.

No. 1443, Misc. BROWN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1444, Misc. COOK *v.* MAXWELL, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 1446, Misc. NANCE *v.* NEW MEXICO. Sup. Ct. N. M. Certiorari denied. *Thomas F. McKenna* for petitioner. *Boston E. Witt,* Attorney General of New Mexico, and *Myles E. Flint,* Assistant Attorney General, for respondent.

No. 1447, Misc. NELSON *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. Petitioner *pro se. Joe Purcell,* Attorney General of Arkansas, for respondent.

No. 1453, Misc. MADDOX *v.* PATE, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 1454, Misc. FURTAK *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1455, Misc. HAYES *v.* BOSLOW, INSTITUTION DIRECTOR. C. A. 4th Cir. Certiorari denied.